## Special URGENT Motion to Deposit in Court

In Support of Extraordinary Remedies

by: Petitioner: Gretchen- Grantee, Grantor/ Settlor, Beneficial Interest Holder, Protected Purchaser

The author of the chief material facts stated herein are made upon first-hand knowledge, in addition to particulars she knows to be true, and further matters she asserts to be true, to the best of her knowledge, and being the full age of majority, able and available to testify to their veracity and completeness, and having reliance on the facts stated herein for the beneficial interest in the rights and property use described on this 3rd day of February, 2023.
And To: **All those whom these presents shall come; and granted, having Notice thereby:**

1. That on or about January 9, 2023 the grantee in possession of absolute title; otherwise Fee Simple Absolute. Respecting a particular certificated security in registered-form "chattel paper" identified as:
GRETCHEN ANN XXXXXXX, Registration No. 62-026059. Registration Date: February 15, 1962. Security Interest Attached thereto, was assigned, and surrendered for redemption; to new trustees/debtors; and
2. Being dispossessed of a financial asset now in the possession of the court for a matter pending having conveyed to the Western District of Texas United States District Court, Austin, Texas on or about January 9, 2023 delivered by Grantee with good and valuable consideration of fine silver.
3. The Protected Purchaser now comes in the spirit of *Civil Practice & Remedies Code title 8 sec. 64.004 APPLICATION OF EQUITY RULES*. The Petitioner is without adequate remedies at law.
4. The Petitioner prays the Chancellor appoint a Receiver to have and to hold the undivided legal title and administer it thereto in accord with equitable principles in aid and assistance to the Equitable Title holder for the discharge of liabilities and assignment of securities to Securities Entitlement Holder and administer her affairs at her behest.
5. That upon Deposit in Court and appointment of Receiver specially, a Decree would issue of the Chancellor ascribing to the particulars necessary and findings specially to decree and regard the Beneficiary as the true owner. Petitioner is expressing a possessory interest in her Minor account, held by custodians, and is linked to the custodians primary account; evidenced by "chattel paper" earmarked for distribution.

Life-tenant
Life-estate

gretchen-ann [GARDNER]
protected purchaser
06th February 2023
512-718-3832

Protected purchaser
without prejudice

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

Gretchen Ann [GARDNER],

    PETITIONER,

V.

JOHN AND JANE DOES 1-99,

    RESPONDENTS

CAUSE NO. 1:23-MC-00035-LY

## ORDER

**IT IS HEREBY ORDERED** Petitioner's URGENT Motion for Deposit in Court:

_____                                                                                        _____

GRANTED                                                                                            DENIED

SIGNED this _____ day of February, 2023.

_____

THE HONORABLE LEE YEAKEL

UNITED STATES DISTRICT JUDGE

FROM:
gretchen [ gardner ]
c/o 1403 nr 2336
mcdade, texas [75650]

TO:
the special clerk and master
the honorable lee yeakel
501 w 5th street suite 1100
austin, texas 78101

Utility Mailer
10 1/2" x 16"



USPS Priority Mail label — $9.35, Origin 78602, 02/06/23, 0 lb 2.00 oz, RDC 05, Expected Delivery 02/07/23, C006. Ship To: 501 W 5TH ST, STE 1100, AUSTIN TX 78701-3812. USPS Tracking #: 9505 5161 8922 3037 6898 01.