IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GRETCHEN ANN GARDNER, | § | |
|    PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:23-CV-00035-LY |
| | § | |
| DOES 1-99, | § | |
|    DEFENDANTS. | § | |

### FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date, the court rendered an order dismissing Plaintiff's complaint without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

SIGNED this _22nd_ day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE